IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SYLVESTER ROGERS                                                                PLAINTIFF

vs.                                        CASE NO. 4:05CV00933GH

NUCOR CORPORATION, ET AL.                                          DEFENDANTS

## ORDER

Pending before the Court is the amended motion to consolidate this case with *Bennett v. Nucor Corp.*, 3:04CV291SWW. On September 16, 2005, Judge Wright filed an Order denying the motion to consolidate 3:04CV291SWW with this case, finding that the questions of law and fact in the two cases are distinct. Pursuant to the ruling of Judge Wright, the motions to consolidate in this case (document nos. 8 and 9) are denied. The motion for admission *pro hac vice* of Benjamin J. De Gweck on behalf of plaintiff (document no. 13) is hereby granted.

IT IS SO ORDERED this 22nd day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE

-1-