IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| SYLVESTER ROGERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 4:05-CV-0933-WRW |
| ) | |
| NUCOR CORPORATION; NUCOR-YAMATO ) | |
| STEEL COMPANY, L. L. P., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

The parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1) agree to voluntarily dismiss the above-referenced cause of action with each party to bear its own costs.

Respectfully submitted, this the 4th day of October, 2007,

s/Susan Donahue
Robert L. Wiggins, Jr., ASB-1754-G-63-R
Ann K. Wiggins, ASB-7006-I-61-A
Susan Donahue, ASB-4525-A-48-D
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205/314-0500
205-254-1500 (facsimile)

Lloyd W. "Tre" Kitchens, III, AR Bar #99075
WELCH and KITCHENS, LLC
One Riverfront Place, Suite 413
North Little Rock, AR 72114
(501) 978-3030
(501) 978-3050 (facsimile)

*Attorneys for the Plaintiff*

<u>s/Joseph L. Wood, III (by telephone consent)</u>
Cary A. Farris
Joseph L. Wood, III
John K. Linker
Micah Seth Heilbrun
Ofelia Mishell Parreno
ALANIZ & SCHRAEDER, L.L.P.
2500 City West Blvd., Suite 1000
Houston, TX 77042

Andrew H. Dallas
BARRETT & DEACON
300 South Church Street
P.O. Box 1700
Jonesboro, AR 72403

Brook A. Brewer
David P. Martin
M. Tim Boe
ROSE LAW FIRM
120 E. Fourth Street
Little Rock, AR 72201

*Attorneys for the Defendants*